In the Matter of PETER BOLANI, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 17, 1947; decided February 27, 1947.

*Alvin McKinley Sylvester* and *Henry V. Doell* for appellants.
*Harry A. Allan* for respondent.

Order of Appellate Division reversed and determination of State Liquor Authority confirmed, with costs in this court and in the Appellate Division, upon the ground that the findings of the Authority are supported by substantial evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.